IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JULY R. CARLAN,<br>AKA, SHAPE SHIFTER;<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FENWAY COMMUNITY HEALTH<br>CENTER, INC.;<br><br>　　　　　　Defendant. | Civil Action No. 1:23-cv-12361 |

### MOTION FOR LEAVE FOR MITRA N. FOROUHAR TO APPEAR *PRO HAC VICE*

　　The undersigned counsel moves the Court, pursuant to Local Rule 83.5.3(e), for leave for:

　Mitra N. Forouhar (NY Bar No. 2435683)
　77 Van Ness Ave. Ste 101
　PMB 1319
　San Francisco, CA 94102
　mitra@mnf-law.com
　(415) 602-1864

to appear *pro hac vice* for the Plaintiff. The certification required by Rule 83.5.3(e)(3) is attached to this Motion as Exhibit 1.

　　　　　　　　　　　　　　　　　　　　　*/s/ Samuel P. Blatchley*
　　　　　　　　　　　　　　　　　　　　　Samuel P. Blatchley (BBO No. 670232)
　　　　　　　　　　　　　　　　　　　　　ECKLAND & BLANDO LLP
　　　　　　　　　　　　　　　　　　　　　22 Boston Wharf Road 7th Floor
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　　(617) 217-6937
　　　　　　　　　　　　　　　　　　　　　sblatchley@ecklandblando.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2023, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                  */s/ Samuel P. Blatchley*
                                                  Samuel P. Blatchley