**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

JULY R. CARLAN,                        )
AKA, SHAPE SHIFTER;                    )
                                       )
                    Plaintiff,         )        Civil Action No. 1:23-cv-12361
                                       )
                                       )
v.                                     )
                                       )
FENWAY COMMUNITY HEALTH                )
CENTER, INC.;                          )
                                       )
                    Defendant.         )
                                       )

_____

## CERTIFCATION  PURSUANT  TO LOCAL  RULE 83.5.3(e)

I, Mitra N. Forouhar, Esq., hereby certify that:

     1.    I am a member of the bar in good standing in every jurisdiction  in which I have been admitted to practice;

     2.    I am not the subject of disciplinary  proceedings pending in any jurisdiction in which I am a member of the bar;

     3.    I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct; and

     4.    I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

/S/MITRA N FOROUHAR_____
Mitra N. Forouhar (NY Bar No. 2435683)
77 Van Ness Ave. Ste 101
PMB 1319
San Francisco, CA 94102
mitra@mnf-law.com
(415) 602-1864