UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| July R. Carlan,<br>a/k/a Shape Shifter,<br><br>      Plaintiff,<br><br>v.<br><br>Fenway Community Health<br>Center, Inc.,<br><br>      Defendant. | Case No. 1:23-cv-12361-RWZ |

## MOTION TO DISMISS AND TO SUBSTITUTE THE UNITED STATES AS DEFENDANT

The Defendant Fenway Community Health Center, Inc. ("Fenway"), by and through its undersigned counsel, moves to dismiss the complaint under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and substitute the United States as defendant, saying in support as follows:

1. As explained in the accompanying Memorandum of Law, Fenway is a federally qualified health center that the Secretary of the United States Department of Health and Human Services has deemed to be an employee of the Public Health Service pursuant to the Public Health Service Act, 42 U.S.C. § 233. Therefore, Defendant is absolutely immune from Plaintiff's claim and Plaintiff's exclusive remedy is a suit against the United States under the Federal Tort Claims Act. *See* 42 U.S.C. § 233(a), (g). The United States should therefore be substituted as Defendant pursuant to 28 U.S.C. § 2679(d).

2. The Court also lacks subject matter jurisdiction because Plaintiff does not allege he exhausted his administrative remedies under the FTCA.

3. Prior to filing the instant motion, Defendant's counsel conferred with Plaintiff's counsel concerning the requested relief, but could not resolve or narrow the issues.

WHEREFORE, the Defendant Fenway respectfully requests that this Court:

A.  Dismiss the Complaint;

B.  Substitute the United States as party defendant;

C.  Grant such other and further relief as the Court deems necessary and just.

> Respectfully submitted,
>
> Fenway Community Health Center, Inc.
>
> By its Attorneys,
> SHEEHAN PHINNEY BASS & GREEN, PA

Dated:  January 22, 2024          By: */s/ James P. Harris* _____
                                     James P. Harris, Esq. (BBO # 678283)
                                     1000 Elm Street, P.O. Box 3701
                                     Manchester, NH 03105-3701
                                     (603) 627-8152
                                     jharris@sheehan.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this pleading was served on this day on all parties of record through the Court's electronic filing system.  I also certify that this pleading was sent via email and first-class mail to

Acting United States Attorney Joshua S. Levy
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Joshua.levy@usdoj.gov

Meredith Torres, Sr. Agency Attorney/DHHS/OGC/CELB
U.S. Department of Health and Human Services
Office of the General Counsel
General Law Division
Claims and Employment Law Branch
330 C Street, SW
Attention: CLAIMS
Switzer Building, Suite 2100
Washington, DC 20201
meredith.torres@hhs.gov

> */s/ James P. Harris*_____
> James P. Harris