# <u>EXHIBIT A</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| July R. Carlan, | ) | |
| a/k/a Shape Shifter, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23-cv-12361-RWZ |
| v. | ) | |
| | ) | |
| Fenway Community Health | ) | |
| Center, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF SARAH BADDELEY

I, Sarah Baddeley, hereby declare and testify as follows

1.      I am the Director of Compliance of the Defendant Fenway Community Health Center, Inc. ("Fenway").

2.      Attached are true copies of Notices of Deeming Action Federal Tort Claims Act Authorizations sent from the Department of Health and Human Services to Fenway for the years 2012-2024.

3.      On October 26, 2023, after we received Plaintiff's Complaint, I emailed a copy of the complaint and a summary of the claim to the Department of Health and Human Services claims email address, HHS-FTCA-Claims@hhs.gov, pursuant to DHHS' claims instructions.

4.      I followed up by phone message on November 29, 2023 and again by email on December 7, 2023.

5.      Thereafter, my colleague and I reached out to individual government attorneys to tender the defense of this claim to the United States government.  A senior attorney at DHHS

was assigned on January 11 but informed me that the Government is still reviewing the filing to

determine FTCA coverage.

   6.  Fenway has no record of any administrative claim filed by Plaintiff with DHHS

under the FTCA and I am not aware of any.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2024       */s/ Sarah Baddeley*
                    Sarah Baddeley