UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| July R. Carlan, <br> a/k/a Shape Shifter, <br>             Plaintiff, <br> v. <br> Fenway Community Health <br> Center, Inc., <br>            Defendant. | Case No. 1:23-cv-12361-MJJ |

**NOTICE OF AMENDED CERTIFICATE OF SERVICE**

The Defendant hereby notifies the Court that

1. On January 22, 2024, the Defendant filed a Motion to Dismiss and Substitute the United States. The Defendant sent copies of that pleading to both the Department of Health and Human Services and the Acting United States Attorney for the District of Massachusetts via first class mail and email.

2. Inadvertently, Defendant used the wrong email address for the Acting United States Attorney.

3. Today, the Defendant sent copies of the Motion to Dismiss and Substitute and associated filings to Attorney Mary Murrane, Chief of the Civil Division of the United States Attorney's Office for the District of Massachusetts at mary.murrane@usdoj.gov.

4. Therefore, Defendant amends it certificate of service on its Motion to Dismiss and associated filings to certify that

Service was made on January 22, 2024 on all parties of record through the Court's electronic filing system, and in addition the pleading was sent via email and first-class on January 22, 2024 to

Meredith Torres, Sr. Agency Attorney/DHHS/OGC/CELB
U.S. Department of Health and Human Services
Office of the General Counsel
General Law Division
Claims and Employment Law Branch
330 C Street, SW
Attention: CLAIMS
Switzer Building, Suite 2100
Washington, DC 20201
meredith.torres@hhs.gov

A copy of the pleading was also mailed on January 22, 2024 to

Acting United States Attorney Joshua S. Levy
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

and emailed on January 23, 2024 to

Mary Murrane
Chief Civil Division United States Attorney Office
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
mary.murrane@usdoj.gov

Respectfully submitted,

Fenway Community Health Center, Inc.

By its Attorneys,

SHEEHAN PHINNEY BASS & GREEN, PA

Dated:  January 23, 2024            By:/s/ James P. Harris _____
                                    James P. Harris, Esq. (BBO # 678283)
                                    1000 Elm Street, P.O. Box 3701
                                    Manchester, NH 03105-3701
                                    (603) 627-8152
                                    jharris@sheehan.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that this pleading was served on this day on all parties of record through the Court's electronic filing system.  I also certify that this pleading was sent via email and first-class mail to

Mary Murrane
Chief Civil Division United States Attorney Office
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA
mary.murrane@usdoj.gov

Meredith Torres, Sr. Agency Attorney/DHHS/OGC/CELB
U.S. Department of Health and Human Services
Office of the General Counsel
General Law Division
Claims and Employment Law Branch
330 C Street, SW
Attention: CLAIMS
Switzer Building, Suite 2100
Washington, DC 20201
meredith.torres@hhs.gov

                                                                   */s/ James P. Harris*_____
                                                                   James P. Harris