UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| July Carlan, | ) ) ) | |
| v. | ) ) | C.A. No. 23-12361-MJJ |
| Fenway Community Health Center | ) ) ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that July Carlan, the plaintiff in the above- named matter, hereby appeals to the United States Court of Appeals For the First Circuit from the Decision entered in this action on March 28, 2025, granting the United States' Motion to Intervene and dismissing Fenway Community Health Center, Inc. as defendant from this action.

Respectfully submitted,

July Carlan

By his Attorneys

March 31, 2025

/s/ Mitra N. Forouhar
Mitra N. Forouhar
77 Van Ness Avenue, Ste 101
PMB 1319
San Francisco, CA 94102
*admitted pro hac vice*

                                           /s/ Ryan P. McLane

                                           Ryan P. McLane
                                           McLane & McLane, LLC
                                           269 South Westfield Street
                                           Feeding Hills, MA 01030

## Certificate of Service

I, Mitra N Forouhar, certify that I have caused a copy of this Notice of Appeal to be served to Defendant's counsel of record and U.S. Attorney by ECF on March 31, 2025.

March 31, 2025                                    /s/ Mitra N. Forouhar
                                                     Mitra N. Forouhar